UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00581-RJC-DCK

| | |
|---|---|
| GERARD-CHRISTOPHER TCHEUMANI, ) ) ) Plaintiff, ) ) vs. ) ) ) BANK OF AMERICA, et al., ) ) Defendants. ) _____ ) | **ORDER** |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff Gerard-Christopher Tcheumani ("Plaintiff") filed a complaint on September 13, 2023, against Defendants Bank of America and Brian Moynihan, and sought to proceed in this matter in forma pauperis (IFP). [Docs. 1, 2]. On September 15, 2023, the Court denied Plaintiff's IFP motion for his failure to provide sufficient information to determine whether he qualifies for IFP status. The Court ordered that Plaintiff had 21 days to either submit an Amended Application or to pay the filing file. [Doc. 3]. The Court further ordered that, should Plaintiff fail to either timely pay the fee or submit an Amended Application, this action would be dismissed without prejudice. [Id.]. The deadline has passed, and Plaintiff has failed to comply with the Court's Order. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**. The Clerk is instructed to terminate this proceeding.

Signed: October 11, 2023

Robert J. Conrad, Jr.
United States District Judge